IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:22-cr-00311-MHT |
| | ) | (WO) |
| DAVARKEYON JUNIZ CARLISE | ) | |

## AMENDED PRELIMINARY ORDER OF FORFEITURE

Now pending before the court is the government's motion to amend the preliminary order of forfeiture (Doc. 54) filed on February 8, 2024.

On January 17, 2024, this court entered a preliminary order of forfeiture (Doc. 51) which directed forfeiture of the defendant's interest in a Taurus, 9mm pistol, bearing serial number ABC392244; an Eibar, model 1925, .38 caliber revolver, bearing serial number 9067; and ammunition. The government has provided direct notice of the order to all known potential claimants (Docs. 52, 53), and no third-party claims are forthcoming with regard to the Taurus, 9mm pistol, bearing serial number ABC392244.

On February 7, 2024, the investigating agency informed the United States Attorney's Office that the Taurus, 9mm pistol, bearing serial number ABC392244 is needed as evidence in a criminal case being investigated by the Troy Police Department.

Now, therefore, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. The Taurus, 9mm pistol, bearing serial number ABC392244 shall be turned over to the Troy Police Department by and through the Bureau of Alcohol, Tobacco, and Firearms, Middle District of Alabama.

2. The court has determined that the following property remains subject to forfeiture pursuant to 21 U.S.C. § 853(a), 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461, that the defendant has an interest in such property; and, that the government has established the requisite nexus

between such property and such offenses: **an Eibar, model 1925, .38 caliber revolver, bearing serial number 9067; and ammunition**.

3. The court shall retain jurisdiction to enforce this order and to amend it as necessary pursuant to Federal Rule of Criminal Procedure 32.2(e).

It is further **ORDERED** that the clerk of the court shall forward a certified copy of this order to the United States Attorney's Office.

DONE, this the 14th day of February, 2024.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE