IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:22cr311-MHT |
| | ) | (WO) |
| DAVARKEYON JUNIZ CARLISE | ) | |

**SUPPLEMENTAL ORDER ON TREATMENT-RELATED
CONDITIONS OF SUPERVISED RELEASE**

In accordance with the conditions of supervision in the judgment of conviction entered today, it is ORDERED that:

(1) Within 63 days of the commencement of supervised release, the United States Probation Office shall arrange for defendant Davarkeyon Juniz Carlise to receive psychotherapy at least twice per month by a psychotherapist with expertise in cognitive behavioral therapy.  Prior to beginning treatment, the probation officer shall provide the therapist with a copy of the psychological evaluation of defendant Carlise by Dr. Holly Kaufman (Doc. 58-1).  The therapy shall address the traumatic experiences and other psychological issues identified by Dr. Kaufman, and shall assist

defendant Carlise with adjusting to the free world after prison, avoiding substance-abuse, dealing with financial and other stress without resort to counterproductive actions, and generally becoming a productive member of society and addressing his familial obligations.

(2) Without 63 days of the commencement of supervised release, the United States Probation Office shall arrange for defendant Carlise to attend an educational program focused on family planning.

(3) Within 70 days of the commencement of supervised release, the United States Probation Office shall file a report on the status of the items required above and on how defendant Carlise is faring on supervision.

DONE, this the 31st day of May, 2024.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE